# United States Bankruptcy Court
## Northern District of Florida

In re: Acey L. Stinson, Wendy S. Stinson, Debtor(s)

Case No. _____
Chapter 7

## STATEMENT OF NO EMPLOYMENT INCOME

Check box if statement applies to debtor ☑

Debtor, **Acey L. Stinson**, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

☐ Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

☐ Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 5, 2018

Signature of Debtor: _/s/ Acey Stinson_

By: _/s/_
ATTORNEY SIGNATURE IF REPRESENTED BY COUNSEL



## FLORIDA STATE UNIVERSITY
Payroll Services, A5600 University Center
TALLAHASSEE, FL  32306-2392

| | |
|---|---|
| Net Pay: | 1,384.58 |
| Pay Begin Date: | 11/02/2018 |
| Pay End Date: | 11/15/2018 |
| Advice Date: | 11/21/2018 |

| | | | |
|---|---|---|---|
| Name: | Wendy Suzanne Stinson | Business Unit: | FSU01 |
| Employee ID: | 100251710 | Pay Group: | CTP-Contract Pay |
| Address: | 145 San Bonita Blvd  Havana, FL  32333 | Department: | 131000-DRS Administration |
| | | Location: | FSUS ADMINISTRATION 100101 |
| | | Job Title: | Univ Sch Instructor  10 Mo SAL |
| | | Pay Rate: | $1,846.96 Biweekly |

| | | | |
|---|---|---|---|
| Fed Tax Status: | Married | Fed Addl Percent: | |
| Fed Allowance: | 1 | Fed Addl Amount: | |

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,893.15 | 1,731.25 | 257.31 | 251.26 | 1,384.58 |
| YTD | 35,900.39 | 32,482.66 | 4,792.18 | 4,150.16 | 26,958.05 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Contract Regular Pay | 23.087033 | 72.00 | 1,662.27 | 1,337.50 | 30,878.92 |
| Holiday Leave Pay | 23.087033 | 8.00 | 184.70 | 88.00 | 2,031.67 |
| Regular Pay | 23.090000 | 2.00 | 46.18 | 3.00 | 69.27 |
| Administrative Leave Pay | | | 0.00 | 32.00 | 738.79 |
| DRS Professional Development | | | 0.00 | 8.00 | 184.70 |
| DRS Personal Leave Pay | | | 0.00 | 8.00 | 184.70 |
| Sick Leave Pay | | | 0.00 | 78.50 | 1,812.34 |
| **TOTAL:** | | **82.00** | **1,893.15** | **1,555.00** | **35,900.39** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 120.63 | 2,225.02 |
| Fed MED/EE | 25.91 | 486.59 |
| Fed OASDI/EE | 110.77 | 2,080.57 |
| **TOTAL:** | **257.31** | **4,792.18** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Capital Health Plan PRTX | 90.00 | 1,980.00 |
| Humana Select 15 #4044 | 16.49 | 362.78 |
| FRS Pension Regular Class | 55.41 | 1,074.95 |
| **TOTAL:** | **161.90** | **3,417.73** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| State Life Child | 0.43 | 9.39 |
| United Faculty of Florida | 18.93 | 93.04 |
| FSUS Tuition Payments | 70.00 | 630.00 |
| **TOTAL:** | **89.36** | **732.43** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Capital Health Plan PRTX | 689.80 | 15,175.60 |
| STATE BASIC LIFE PRTX | 1.79 | 39.38 |
| Pre-Tax Assessment Savings | 8.15 | 179.23 |
| FRS Pension Regular Class | 152.56 | 2,884.30 |
| *TAXABLE | | |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000001004316602 | Checking | XXXXXX2285 | 1,384.58 |
| **TOTAL:** | | | **1,384.58** |

MESSAGE:

### LEAVE BALANCES

| Description | YTD Hours |
|---|---|
| Vacation | 0.0 |
| Sick | 34.2 |
| Personal Holiday | 0.0 |
| Comp Reg | 0.0 |
| Comp OVT | 0.0 |
| **Total YTD** | **34.2** |



## FLORIDA STATE UNIVERSITY
Payroll Services, A5600 University Center
TALLAHASSEE, FL  32306-2392

| | |
|---|---|
| Net Pay: | 1,366.26 |
| Pay Begin Date: | 10/19/2018 |
| Pay End Date: | 11/01/2018 |
| Advice Date: | 11/09/2018 |

| | | | |
|---|---|---|---|
| Name: | Wendy Suzanne Stinson | Business Unit: | FSU01 |
| Employee ID: | 100251710 | Pay Group: | CTP-Contract Pay |
| Address: | 145 San Bonita Blvd<br>Havana, FL  32333 | Department: | 131000-DRS Administration |
| | | Location: | FSUS ADMINISTRATION 100101 |
| | | Job Title: | Univ Sch Instructor  10 Mo SAL |
| | | Pay Rate: | $1,846.96 Biweekly |

| | | | |
|---|---|---|---|
| Fed Tax Status: | Married | Fed Addl Percent: | |
| Fed Allowance: | 1 | Fed Addl Amount: | |

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,870.06 | 1,708.16 | 252.77 | 251.03 | 1,366.26 |
| YTD | 34,007.24 | 30,751.41 | 4,534.87 | 3,898.90 | 25,573.47 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Contract Regular Pay | 23.087033 | 72.00 | 1,662.27 | 1,265.50 | 29,216.65 |
| DRS Personal Leave Pay | 23.087033 | 8.00 | 184.70 | 8.00 | 184.70 |
| Regular Pay | 23.090000 | 1.00 | 23.09 | 1.00 | 23.09 |
| Administrative Leave Pay | | | 0.00 | 32.00 | 738.79 |
| DRS Professional Development | | | 0.00 | 8.00 | 184.70 |
| Holiday Leave Pay | | | 0.00 | 80.00 | 1,846.97 |
| Sick Leave Pay | | | 0.00 | 78.50 | 1,812.34 |
| TOTAL: | | 81.00 | 1,870.06 | 1,473.00 | 34,007.24 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 117.86 | 2,104.39 |
| Fed MED/EE | 25.57 | 460.68 |
| Fed OASDI/EE | 109.34 | 1,969.80 |
| TOTAL: | 252.77 | 4,534.87 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Capital Health Plan PRTX | 90.00 | 1,890.00 |
| Humana Select 15 #4044 | 16.49 | 346.29 |
| FRS Pension Regular Class | 55.41 | 1,019.54 |
| TOTAL: | 161.90 | 3,255.83 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| State Life Child | 0.43 | 8.96 |
| United Faculty of Florida | 18.70 | 74.11 |
| FSUS Tuition Payments | 70.00 | 560.00 |
| TOTAL: | 89.13 | 643.07 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Capital Health Plan PRTX | 689.80 | 14,485.80 |
| STATE BASIC LIFE PRTX | 1.79 | 37.59 |
| Pre-Tax Assessment Savings | 8.15 | 171.05 |
| FRS Pension Regular Class | 152.56 | 2,731.74 |
| *TAXABLE | | |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000001004302311 | Checking | XXXXXX2285 | 1,366.26 |
| TOTAL: | | | 1,366.26 |

MESSAGE:

### LEAVE BALANCES

| Description | YTD Hours |
|---|---|
| Vacation | 0.0 |
| Sick | 30.2 |
| Personal Holiday | 0.0 |
| Comp Reg | 0.0 |
| Comp OVT | 0.0 |
| Total YTD | 30.2 |



# FLORIDA STATE UNIVERSITY
Payroll Services, A5600 University Center
TALLAHASSEE, FL  32306-2392

| | |
|---|---|
| Net Pay: | 1,347.93 |
| Pay Begin Date: | 10/05/2018 |
| Pay End Date: | 10/18/2018 |
| Advice Date: | 10/26/2018 |

| | | | |
|---|---|---|---|
| Name: | Wendy Suzanne Stinson | Business Unit: | FSU01 |
| Employee ID: | 100251710 | Pay Group: | CTP-Contract Pay |
| Address: | 145 San Bonita Blvd<br>Havana, FL  32333 | Department: | 131000-DRS Administration |
| | | Location: | FSUS ADMINISTRATION 100101 |
| | | Job Title: | Univ Sch Instructor  10 Mo SAL |
| | | Pay Rate: | $1,846.96 Biweekly |

| | | | |
|---|---|---|---|
| Fed Tax Status: | Married | Fed Addl Percent: | |
| Fed Allowance: | 1 | Fed Addl Amount: | |

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,846.97 | 1,685.07 | 248.24 | 250.80 | 1,347.93 |
| YTD | 32,137.18 | 29,043.25 | 4,282.10 | 3,647.87 | 24,207.21 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Administrative Leave Pay | 23.087033 | 32.00 | 738.79 | 32.00 | 738.79 |
| Contract Regular Pay | 23.087033 | 48.00 | 1,108.18 | 1,193.50 | 27,554.38 |
| DRS Professional Development | | | 0.00 | 8.00 | 184.70 |
| Holiday Leave Pay | | | 0.00 | 80.00 | 1,846.97 |
| Sick Leave Pay | | | 0.00 | 78.50 | 1,812.34 |
| TOTAL: | | 80.00 | 1,846.97 | 1,392.00 | 32,137.18 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 115.09 | 1,986.53 |
| Fed MED/EE | 25.24 | 435.11 |
| Fed OASDI/EE | 107.91 | 1,860.46 |
| TOTAL: | 248.24 | 4,282.10 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Capital Health Plan PRTX | 90.00 | 1,800.00 |
| Humana Select 15 #4044 | 16.49 | 329.80 |
| FRS Pension Regular Class | 55.41 | 964.13 |
| TOTAL: | 161.90 | 3,093.93 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| State Life Child | 0.43 | 8.53 |
| United Faculty of Florida | 18.47 | 55.41 |
| FSUS Tuition Payments | 70.00 | 490.00 |
| TOTAL: | 88.90 | 553.94 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Capital Health Plan PRTX | 689.80 | 13,796.00 |
| STATE BASIC LIFE PRTX | 1.79 | 35.80 |
| Pre-Tax Assessment Savings | 8.15 | 162.93 |
| FRS Pension Regular Class | 152.56 | 2,579.18 |
| *TAXABLE | | |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000001004288212 | Checking | XXXXXX2285 | 1,347.93 |
| TOTAL: | | | 1,347.93 |

MESSAGE:

## LEAVE BALANCES

| Description | YTD Hours |
|---|---|
| Vacation | 0.0 |
| Sick | 26.2 |
| Personal Holiday | 0.0 |
| Comp Reg | 0.0 |
| Comp OVT | 0.0 |
| Total YTD | 26.2 |



## FLORIDA STATE UNIVERSITY
Payroll Services, A5600 University Center
TALLAHASSEE, FL  32306-2392

| | |
|---|---|
| Net Pay: | 1,347.93 |
| Pay Begin Date: | 09/21/2018 |
| Pay End Date: | 10/04/2018 |
| Advice Date: | 10/12/2018 |

| | | | |
|---|---|---|---|
| Name: | Wendy Suzanne Stinson | Business Unit: | FSU01 |
| Employee ID: | 100251710 | Pay Group: | CTP-Contract Pay |
| Address: | 145 San Bonita Blvd<br>Havana, FL  32333 | Department: | 131000-DRS Administration |
| | | Location: | FSUS ADMINISTRATION 100101 |
| | | Job Title: | Univ Sch Instructor  10 Mo SAL |
| | | Pay Rate: | $1,846.96 Biweekly |
| Fed Tax Status: | Married | Fed Addl Percent: | |
| Fed Allowance: | 1 | Fed Addl Amount: | |

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,846.97 | 1,685.07 | 248.24 | 250.80 | 1,347.93 |
| YTD | 30,290.21 | 27,358.18 | 4,033.86 | 3,397.07 | 22,859.28 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Contract Regular Pay | 23.087033 | 72.00 | 1,662.27 | 1,145.50 | 26,446.20 |
| Sick Leave Pay | 23.087033 | 8.00 | 184.70 | 78.50 | 1,812.34 |
| DRS Professional Development | | | 0.00 | 8.00 | 184.70 |
| Holiday Leave Pay | | | 0.00 | 80.00 | 1,846.97 |
| TOTAL: | | 80.00 | 1,846.97 | 1,312.00 | 30,290.21 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 115.09 | 1,871.44 |
| Fed MED/EE | 25.24 | 409.87 |
| Fed OASDI/EE | 107.91 | 1,752.55 |
| TOTAL: | 248.24 | 4,033.86 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Capital Health Plan PRTX | 90.00 | 1,710.00 |
| Humana Select 15 #4044 | 16.49 | 313.31 |
| FRS Pension Regular Class | 55.41 | 908.72 |
| TOTAL: | 161.90 | 2,932.03 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| State Life Child | 0.43 | 8.10 |
| United Faculty of Florida | 18.47 | 36.94 |
| FSUS Tuition Payments | 70.00 | 420.00 |
| TOTAL: | 88.90 | 465.04 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Capital Health Plan PRTX | 689.80 | 13,106.20 |
| STATE BASIC LIFE PRTX | 1.79 | 34.01 |
| Pre-Tax Assessment Savings | 8.15 | 154.78 |
| FRS Pension Regular Class | 152.56 | 2,426.62 |
| *TAXABLE | | |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000001004274136 | Checking | XXXXXX2285 | 1,347.93 |
| TOTAL: | | | 1,347.93 |

MESSAGE:

### LEAVE BALANCES

| Description | YTD Hours |
|---|---|
| Vacation | 0.0 |
| Sick | 22.2 |
| Personal Holiday | 0.0 |
| Comp Reg | 0.0 |
| Comp OVT | 0.0 |
| Total YTD | 22.2 |



**FLORIDA STATE UNIVERSITY**
Payroll Services, A5600 University Center
TALLAHASSEE, FL 32306-2392

| | |
|---|---|
| Net Pay: | 1,347.93 |
| Pay Begin Date: | 09/07/2018 |
| Pay End Date: | 09/20/2018 |
| Advice Date: | 09/28/2018 |

| | | | |
|---|---|---|---|
| Name: | Wendy Suzanne Stinson | Business Unit: | FSU01 |
| Employee ID: | 100251710 | Pay Group: | CTP-Contract Pay |
| Address: | 145 San Bonita Blvd  Havana, FL 32333 | Department: | 131000-DRS Administration |
| | | Location: | FSUS ADMINISTRATION 100101 |
| | | Job Title: | Univ Sch Instructor 10 Mo SAL |
| | | Pay Rate: | $1,846.96 Biweekly |
| Fed Tax Status: | Married | Fed Addl Percent: | |
| Fed Allowance: | 1 | Fed Addl Amount: | |

|  | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,846.96 | 1,685.06 | 248.23 | 250.80 | 1,347.93 |
| YTD | 28,443.24 | 25,673.11 | 3,785.62 | 3,146.27 | 21,511.35 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Contract Regular Pay | 23.087033 | 80.00 | 1,846.96 | 1,073.50 | 24,783.93 |
| DRS Professional Development | | 0.00 | 0.00 | 8.00 | 184.70 |
| Holiday Leave Pay | | 0.00 | 0.00 | 80.00 | 1,846.97 |
| Sick Leave Pay | | 0.00 | 0.00 | 70.50 | 1,627.64 |
| **TOTAL:** | | **80.00** | **1,846.96** | **1,232.00** | **28,443.24** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 115.09 | 1,756.35 |
| Fed MED/EE | 25.23 | 384.63 |
| Fed OASDI/EE | 107.91 | 1,644.64 |
| **TOTAL:** | **248.23** | **3,785.62** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Capital Health Plan PRTX | 90.00 | 1,620.00 |
| Humana Select 15 #4044 | 16.49 | 296.82 |
| FRS Pension Regular Class | 55.41 | 853.31 |
| **TOTAL:** | **161.90** | **2,770.13** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| State Life Child | 0.43 | 7.67 |
| United Faculty of Florida | 18.47 | 18.47 |
| FSUS Tuition Payments | 70.00 | 350.00 |
| **TOTAL:** | **88.90** | **376.14** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Capital Health Plan PRTX | 689.80 | 12,416.40 |
| STATE BASIC LIFE PRTX | 1.79 | 32.22 |
| Pre-Tax Assessment Savings | 8.15 | 146.63 |
| FRS Pension Regular Class | 152.56 | 2,274.00 |
| *TAXABLE | | |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000001004260429 | Checking | XXXXXX2285 | 1,347.93 |
| **TOTAL:** | | | **1,347.93** |

MESSAGE:

### LEAVE BALANCES

| Description | YTD Hours |
|---|---|
| Vacation | 0.0 |
| Sick | 26.2 |
| Personal Holiday | 0.0 |
| Comp Reg | 0.0 |
| Comp OVT | 0.0 |
| **Total YTD** | **26.2** |



## FLORIDA STATE UNIVERSITY
Payroll Services, A5600 University Center
TALLAHASSEE, FL  32306-2392

| | |
|---|---|
| Net Pay: | 1,366.40 |
| Pay Begin Date: | 08/24/2018 |
| Pay End Date: | 09/06/2018 |
| Advice Date: | 09/14/2018 |

| | | | |
|---|---|---|---|
| Name: | Wendy Suzanne Stinson | Business Unit: | FSU01 |
| Employee ID: | 100251710 | Pay Group: | CTP-Contract Pay |
| Address: | 145 San Bonita Blvd<br>Havana, FL  32333 | Department: | 131000-DRS Administration |
| | | Location: | FSUS ADMINISTRATION 100101 |
| | | Job Title: | Univ Sch Instructor  10 Mo SAL |
| | | Pay Rate: | $1,846.96 Biweekly |

| | | | |
|---|---|---|---|
| Fed Tax Status: | Married | Fed Addl Percent: | |
| Fed Allowance: | 1 | Fed Addl Amount: | |

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,846.97 | 1,685.07 | 248.24 | 232.33 | 1,366.40 |
| YTD | 26,596.28 | 23,988.05 | 3,537.39 | 2,895.47 | 20,163.42 |

### HOURS AND EARNINGS

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | | |
| Contract Regular Pay | 23.087033 | 72.00 | 1,662.27 | 993.50 | 22,936.97 | | | |
| Holiday Leave Pay | 23.087033 | 8.00 | 184.70 | 80.00 | 1,846.97 | | | |
| DRS Professional Development | | | 0.00 | 8.00 | 184.70 | | | |
| Sick Leave Pay | | | 0.00 | 70.50 | 1,627.64 | | | |
| **TOTAL:** | | **80.00** | **1,846.97** | **1,152.00** | **26,596.28** | | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 115.09 | 1,641.26 |
| Fed MED/EE | 25.24 | 359.40 |
| Fed OASDI/EE | 107.91 | 1,536.73 |
| **TOTAL:** | **248.24** | **3,537.39** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Capital Health Plan PRTX | 90.00 | 1,530.00 |
| Humana Select 15 #4044 | 16.49 | 280.33 |
| FRS Pension Regular Class | 55.41 | 797.90 |
| **TOTAL:** | **161.90** | **2,608.23** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| State Life Child | 0.43 | 7.24 |
| FSUS Tuition Payments | 70.00 | 280.00 |
| **TOTAL:** | **70.43** | **287.24** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Capital Health Plan PRTX | 689.80 | 11,726.60 |
| STATE BASIC LIFE PRTX | 1.79 | 30.43 |
| Pre-Tax Assessment Savings | 8.15 | 138.48 |
| FRS Pension Regular Class | 152.56 | 2,121.50 |
| *TAXABLE | | |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000001004247251 | Checking | XXXXXX2285 | 1,366.40 |
| **TOTAL:** | | | **1,366.40** |

MESSAGE:

### LEAVE BALANCES

| Description | YTD Hours |
|---|---|
| Vacation | 0.0 |
| Sick | 22.2 |
| Personal Holiday | 0.0 |
| Comp Reg | 0.0 |
| Comp OVT | 0.0 |
| Total YTD | 22.2 |